**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

       **v.**         **Criminal No. 94-60035-001**

**BILLY RAY WASHINGTON**                                    **DEFENDANT**

**O R D E R**

On the 6th day of December, 2005, the Court took up the matter of violations of supervised release on the part of defendant herein, and upon defendant's admission as to those violations, made the following modifications to the conditions of his supervised release:

1. Defendant is sentenced to serve a term of five (5) months at City of Faith halfway house in Little Rock, Arkansas, starting on December 26, 2005, or as soon thereafter as his admission can be arranged.

2. While staying at City of Faith, defendant shall maintain his employment, take advantage of drug counseling, and submit to random drug testing as required by the United States Probation Office.

3. Defendant's fine is reimposed, and he is directed to immediately commence making payments on the outstanding balance in the sum of $13,950.00 in accordance with the payment plan previously established.

4. Defendant shall immediately advise his employer that he has violated the conditions of his supervised release by drug usage.

**IT IS SO ORDERED,** this 13th day of December, 2005.

          **/s/Jimm Larry Hendren**
          **JIMM LARRY HENDREN**
          **UNITED STATES DISTRICT JUDGE**